# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**RICHARD JEROME SMITH,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-482-Orl-28KRS**

**DEPARTMENT OF CORRECTIONS, INSPECTOR GENERAL, SEAN P. OLOHAN, SGT. STEPHINE and MENTAL HEALTH ADMINISTRATION,**

**Defendants.**

---

## ORDER

This case is before the Court on a review of a complaint filed by Plaintiff on March 25, 2014 (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 8, 2014 (Doc. No. 2) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's complaint is **DISMISSED without prejudice**.

3. Plaintiff may file an amended complaint within twenty-one (21) days from the date of this Order. Plaintiff should take into consideration in filing any amended complaint the points set forth in the Report and Recommendation.

4. If Plaintiff chooses to file an amended complaint, he shall also contemporaneously therewith, either pay the full filing fee or file a completed Application to Proceed without Prepayment of Costs.

5. The Clerk of the Court is directed to mail a copy of a blank Application to Proceed without Prepayment of Costs (Long Form) to Plaintiff along with a copy of this Order.

6. Failure by Plaintiff to file an amended complaint within the time set forth herein, may result in this case being dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of April, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties